IN THE COUNTY COURT IN AND FOR
PASCO COUNTY, FLORIDA

CASE NO.

BRIAN and CAROLE MOFFAT,

    Plaintiffs,

v.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.
_____/

## COMPLAINT

NOW COME the Plaintiffs, BRIAN and CAROLE MOFFAT, by and through their attorneys, WEISBERG & MEYERS, LLC, complaining against the Defendant, REDLINE RECOVERY SERVICES, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. §1692, et seq. and the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 (hereafter the "FCCPA").

### PARTIES

2. Plaintiffs, BRIAN and CAROLE MOFFAT ("Plaintiffs"), are "consumers" as defined by the FDCPA and FCCPA, who were at all relevant times residing in Pasco County, State of Florida.

3. At all relevant times herein, Defendant, REDLINE RECOVERY SERVICES, LLC ("Defendant") or ("RRS") acted as a debt collector within the meaning of 15 U.S.C. §1692a(6) in that it held itself out to be a company collecting a consumer debt.

4. Defendant is a corporation that is authorized to do business in Pasco County, Florida.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. RRS

5. Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

6. Defendant is a debt collector that has made at least one attempt to collect an alleged debt from the Plaintiffs.

7. Defendant regularly collects debts from consumers such as the Plaintiffs.

8. Over the past year, Defendant's employees and agents have engaged in a pattern of harassment by way of repeated phone calls to Plaintiffs in at attempt to collect the aforementioned alleged debt, which upon information and belief is owed by an individual named Bert West.

9. Defendant's employees and agents continued to call and harass the Plaintiffs about the aforementioned debt despite having been informed that the Plaintiffs did not know Bert West, and that they knew nothing about the debt being collected.

10. Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 in one or more of the following ways:

   a. Repeatedly making telephone calls to Plaintiffs in connection with collection of a debt allegedly belonging to someone else, and consistently refusing to stop this behavior after numerous requests by Plaintiffs in violation of 15 U.S.C. §1692d; and

   b. Was otherwise deceptive and failed to comply with the Fair Debt Collection Practices Act.

11. As a result of Defendant's violations as aforesaid, Plaintiffs suffered a substantial disruption in their daily routine thus warranting an award of emotional and/or mental anguish damages.

12. Defendant's aforementioned violations of the FDCPA also constitute an invasion of Plaintiffs' right to privacy, causing additional injury to Plaintiffs' feelings, mental anguish and distress.

13. As a result of the above violations of the FDCPA and invasion of privacy, Plaintiffs suffered and continue to suffer injury to Plaintiffs' feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiffs for Plaintiffs' actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiffs, BRIAN and CAROLE MOFFAT, by and through their attorneys, respectfully pray for judgment as follows:

   a. All actual compensatory damages suffered;

   b. Emotional and/or mental anguish damages;

   c. Statutory damages of $1,000.00;

   d. Plaintiffs' attorneys' fees and costs;

   e. Any other relief deemed appropriate by this Honorable Court.

**COUNT II**
**VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT AGAINST RRS**

14. Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

15. Defendant violated the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 in one or more of the following ways:

   a. Willfully communicating with the Plaintiffs or any member of their family with such frequency as could reasonably be expected to harass them, or willfully engaged in other conduct which could reasonably be expected to abuse or harass the Plaintiffs or any member of their family in violation of Fla. Stat. §559.72(7);

   b. Was otherwise deceptive and failed to comply with the Florida Consumer Collection Practices Act.

16. As a result of the above statutory violations and invasion of privacy, Plaintiffs suffered and continue to suffer injury to Plaintiffs' feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiffs for Plaintiffs' actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiffs, BRIAN and CAROLE MOFFAT, by and through their attorneys, respectfully pray for judgment as follows:

   a. All actual compensatory damages suffered;

   b. Emotional and/or mental anguish damages;

   c. Punitive damages:

   d. Statutory damages of $1,000.00;

   e. Plaintiffs' attorneys' fees and costs;

   f. Any other relief deemed appropriate by this Honorable Court.

### COUNT III
### COMMON LAW INVASION OF PRIVACY BY INTRUSION

17. Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

18. Defendant's aforementioned violations of the FDCPA and FCCPA also constitute an intentional intrusion into Plaintiffs' private places and into private matters of Plaintiffs' life, conducted in a manner highly offensive to a reasonable person. Plaintiffs had a subjective expectation of privacy in the context of Defendant's invasions, and this expectation was objectively reasonable under the circumstances

WHEREFORE, Plaintiffs, BRIAN and CAROLE MOFFAT, by and through their attorneys, respectfully pray for judgment as follows:

  a. All actual compensatory damages suffered;

  b. Emotional and/or mental anguish damages;

  c. Plaintiffs' attorneys' fees and costs; and

  d. Any other relief deemed appropriate by this Honorable Court.

### ***PLAINTIFFS REQUEST A TRIAL BY JURY ***

ALEX D. WEISBERG
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax

By: _____
Alex D. Weisberg, Esq.
FBN: 0566551